UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DZYUBAN DANILO , <br><br>                    Petitioner, <br><br>    v. <br><br> ICE & CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, et al., | CASE NO. 2:25-cv-01919-KKE-BAT <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The Court **GRANTS** petitioner's application to proceed *in forma pauperis*. Dkt. 1. The Clerk shall (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) provide a copy of this Order to petitioner and the assigned District Judge.

DATED this 6th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge