UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DZYUBAN DANILO , <br><br>　　　　　　Petitioner, <br><br>　v. <br><br>ICE & CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, et al., | CASE NO. 2:25-cv-01919-KKE-BAT <br><br>**ORDER FOR RETURN AND STATUS REPORT** |

Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241. Having reviewed the petition, the Court **ORDERS**:

　　　(1)　If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon Immigration and Customs Enforcement Field Officer and Facility Manager of the Northwest Immigration Detention Center.

　　　(2)　On or before **November 7, 2025**, respondents shall file a return and status report ("RSR") as provided in 28 U.S.C. § 2243, explaining why the Court should not grant petitioner's petition. As a part of such return, respondent(s) shall submit a memorandum of authorities in

ORDER FOR RETURN AND STATUS REPORT - 1

support of their position and state whether an evidentiary hearing is necessary. Respondent may move to dismiss the petition in filing a return.

(3)  In accordance with LCR 7(d), respondent(s) shall note their return for consideration no earlier than 28 days after filing.  Petitioner may file and serve a response not later than 21 days after the filing date of the return, and respondent(s) may file and serve a reply not later than 28 days after the filing date of the return.

(4)  If petitioner's custody status changes at any point during this litigation, **respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

(5)  The Clerk shall provide a copy of this Order to petitioner, the United States Attorney at usawaw.Habeas@usdoj.gov, and the assigned District Judge.

DATED this 6th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER FOR RETURN AND STATUS
REPORT - 2