UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANILO NIKOLAEVICH DZYUBAN,

                Petitioner,

     v.

ICE & CUSTOMS ENFORCEMENT
FIELD OFFICE DIRECTOR, et al.,

CASE NO. 2:25-cv-01919-KKE-BAT

**ORDER DIRECTING SUPPLEMENTAL BRIEFING**

        Petitioner filed a § 2241 habeas petitioner requesting the Court order Respondents to release him from immigration detention or alternatively provide him a bond hearing. *See* Dkt.4 (habeas petition). Respondents oppose the petition contending Petitioner is lawfully detained because he is subject to a final order of removal; he was represented by a "Qualified Representative" (QR) and withdrew his application for asylum; he did not request a bond hearing; and agreed to voluntarily depart by September 17, 2025; and his detention has not been unconstitutionally prolonged. *See* Dkt. 7 (Response)

        After Respondents filed their opposition to the habeas petition, Petitioner filed a Reply and supporting Declaration. Dkt. 10. Petitioner's reply raises for the first time a claim his QR was ineffective because the QR made no effort to obtain Petitioner's release; provided insufficient help to appeal the denial of release; and misled Petitioner about matters related to his

ORDER DIRECTING SUPPLEMENTAL
BRIEFING - 1

immigration case. The Court accordingly **ORDERS**:

1. By **January 14, 2026** Respondents shall file a supplemental brief regarding the law as to claims of ineffective assistance of counsel in an immigration proceeding; the elements of such a claim, i.e. what Petitioner must allege to support such a claim; and whether the Court should order this case remanded for a bond hearing and appointment of a new Qualified Representative.

2. Petitioner may file a response no later than **January 27, 2026**. Any reply by Respondents is due no later than **January 30, 2026.**

**3.** The clerk shall provide a copy of this order to all parties.

DATED this 31st day of December, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING SUPPLEMENTAL
BRIEFING - 2