UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANILO DZYUBAN,<br><br>               Petitioner(s),<br>   v.<br><br>ICE FIELD OFFICE DIRECTOR, et al.,<br><br>               Respondent(s). | CASE NO. C25-1919-KKE-BAT<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

      Petitioner, representing himself, filed a petition for writ of habeas corpus challenging his immigration detention in October 2025. Dkt. No. 4. On January 5, 2026, Petitioner filed a motion for a temporary restraining order ("TRO") to prevent his transfer from the detention facility in Tacoma, Washington, until his deportation process is completed or his petition is granted and he is released. Dkt. No. 16. No opposition to the motion was filed by the deadline imposed by the Local Rules of this district. *See* Local Rules W.D. Wash. LCR 65(b)(5).

      Parties seeking a TRO must show: (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Like a preliminary injunction, a TRO is "an extraordinary remedy never awarded as of right." *Id.*, 555 U.S. at 24.

Petitioner's TRO motion is one sentence in length and does not address the *Winter* factors. Dkt. No. 16. Because Petitioner has not made any of the required showings necessary to justify the extraordinary relief requested, the Court DENIES the motion (*id.*) without prejudice to refiling a motion addressing the applicable legal standards.

Dated this 13th day of January, 2026.

Kymberly K. Evanson
United States District Judge