UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANILO NIKOLAEVICH DZYUBAN,

                    Petitioner,

        v.

ICE & CUSTOMS ENFORCEMENT
FIELD OFFICE DIRECTOR, et al.,

CASE NO. 2:25-cv-01919-KKE-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITION**

The Court has considered the report and recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida, the Government's objections thereto, as well as the remainder of the record.  The Court now ORDERS as follows:

(1) The R&R is ADOPTED and Petitioner's habeas petition is GRANTED.  The Government's objections are OVERRULED (Dkt. No. 22).  Although the Government argues that Petitioner has not yet been detained beyond the presumptively reasonable six-month period under *Zadvydas v. Davis*, because six months have not elapsed since Petitioner's most recent order of removal was entered in September 2025, the Court finds this argument unpersuasive for the reasons explained in the R&R.  Petitioner has been detained since June 2024, and was previously subject to a final order of removal between December 2, 2024, and March 26, 2025.  *See* Dkt. No. 21 at 5.  Under these

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
PETITION - 1

circumstances, the Court is satisfied that Petitioner has been detained beyond the presumptively reasonable time period. *See, e.g.*, *Nguyen v. Scott*, 796 F. Supp. 3d 703, 721 (W.D. Wash. 2025) (finding petitioner was detained for longer than six months by aggregating two separate periods of detention).

(2) The Government shall release Petitioner no later than February 28, 2026, subject to reasonable conditions.

(3) The Government shall file a notice no later than March 2, 2026, confirming Petitioner's release in compliance with this order.

DATED this 27th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
PETITION - 2